# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SCHMIDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER AUTOMOTIVE PLC and JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 2:18-cv-08528-CCC-JBC<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**TO:** Gary S. Graifman, Esq.
Jay I. Brody , Esq.
KANTROWITZ, GOLDHAMER & GRAIFMAN P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Thomas P. Sobran, Esq.
THOMAS P SOBRAN PC
7 Evergreen Lane
Hingham, MA 02043

**COUNSEL:**

**PLEASE TAKE NOTICE** that, on September 4, 2018, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant

\\DC - 029018/000121 - 12526339 v2

Jaguar Land Rover North America, LLC ("JLRNA"), will move before the Honorable Claire C. Cecchi, U.S.D.J., United States District Court for the District of New Jersey, at the Martin Luther King, Jr. Federal Building & United States Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order dismissing the Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, JLRNA shall rely upon the Memorandum of Law and an exhibit submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that JLRNA hereby requests oral argument; and

**PLEASE TAKE FURTHER NOTICE** that, at that time and place aforesaid, JLRNA will request that the proposed form of Order submitted herewith be entered by the Court.

By: /s/ Brian D. Sullivan
Brian D. Sullivan, Esq.
FOX ROTHSCHILD LLP
49 Market Street
Morristown NJ 07960
Telephone: (973) 994-7525
Facsimile: (973) 992-9125

Michael L. Kidney (*pro hac vice* pending)
James W. Clayton (*pro hac vice* pending)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5883

                    Facsimile:   (202) 637-5910

*Attorneys for Defendant Jaguar Land Rover North America, LLC*

Dated: July 31, 2018

\\DC - 029018/000121 - 12526339 v2